BUYCE v. CITY OF SALUDA

No. 350P92

Case below: 107 N.C.App. 302

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992.

C. F. R. FOODS, INC. v. RANDOLPH DEVELOPMENT CO.

No. 395P92

Case below: 107 N.C.App. 584

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992.

COLLINS & AIKMAN CORP. v.
HARTFORD ACCIDENT & INDEMNITY CO.

No. 252PA92

Case below: 106 N.C.App. 357

Petition by defendant (Hartford) for discretionary review pursuant to G.S. 7A-31 allowed 17 December 1992.

CONYERS v. LINCOLN COMMUNITY HEALTH CENTER

No. 212P92

Case below: 106 N.C.App. 231

Petition by defendants (Steller and Duke) for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992.

CRUMP v. BOARD OF EDUCATION

No. 363P92

Case below: 107 N.C.App. 375
                332 N.C. 665

Petition by plaintiff for reconsideration of the petition for discretionary review dismissed 17 December 1992.